# Court of Appeals, State of Michigan

## ORDER

In re King/Koon Minors

Docket No. 352610

LC No. 19-004809-NA

David H. Sawyer
Presiding Judge

Michael J. Kelly

Brock A. Swartzle
Judges

The motion for reconsideration is GRANTED, and this Court's opinion issued November 24, 2020 is hereby VACATED. A new opinion is attached to this order.

_Presiding Judge_

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

January 7, 2021
Date

Chief Clerk